**FILED**
**OCTOBER 20, 2009**
KAREN S. MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GEORGE DARNELL BRADLEY, PRO SE, § <br> County No. 59286, § <br> State No. 270642, § <br> Fed. No. 15678-077, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> POTTER COUNTY § <br> COMMISSIONERS COURT, § <br> BRIAN THOMAS, ROGER HANEY, and § <br> NFN PEREZ, § <br> § <br> Defendants. § | 2:09-CV-0120 |

## ORDER OF DISMISSAL

Plaintiff GEORGE DARNELL BRADLEY, acting *pro se* and while a prisoner confined in the Potter County Detention Center, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and was granted permission to proceed *in forma pauperis*.

On June 19, 2009, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause with prejudice as frivolous.

The period for objections has expired, and, although he was granted an externsion in which to file objections, no further objections have been filed by plaintiff in this cause.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff GEORGE DARNELL BRADLEY is DISMISSED WITH PREJUDICE AS FRIVOLOUS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

IT IS SO ORDERED.

SIGNED AND ENTERED this 20th day of October, 2009.

/s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE